AO 450 (Rev. 5/85)

# United States District Court
### EASTERN DISTRICT OF NORTH CAROLINA
#### WESTERN DIVISION

| | |
|---|---|
| CHANEL N. HARRIS,<br>    Plaintiff,<br><br>v.<br><br><br>COMMUNITY ALTERNATIVES,<br>    Defendants. | )<br>)<br>)<br>)   **JUDGMENT IN A CIVIL CASE**<br>)           **5:11-CV-52-D**<br>)<br>)<br>) |

**Decision by the Court:**

    **IT IS ORDERED AND ADJUDGED** that Defendant's Motion to Dismiss [D.E. 5] is GRANTED. Plaintiff's Title VII, ADA, and North Carolina common law claims are DISMISSED with prejudice as untimely. Plaintiff's Section 1981 claim is DISMISSED without prejudice. Plaintiff's motions [D.E. 9, 12] to hold the North Carolina Employment Security Commission in contempt are DENIED. Plaintiff failed to file an Amended Complaint by the designated deadline pursuant to the Order dated May 26, 2011 [D.E. 13], therefore the Clerk of Court has closed the case.

    **THE ABOVE JUDGMENT WAS ENTERED TODAY**, **JUNE 14, 2011** WITH A COPY TO:

Chanel Harris, pro se (via USPS to 1121 Hadely Road #101, Raleigh, NC 27610)
Jeffrey D. Patton (via CM/ECF Notice of Electronic Filing)


| | |
|---|---|
| June 14, 2011 | DENNIS P. IAVARONE, Clerk |
| Date | Eastern District of North Carolina |
| | |
| | /s/ Debby Sawyer |
| | (By) Deputy Clerk |
| Raleigh, North Carolina | |